```
CASE NUMBER  016 2008-CV-003162    001       WILL COUNTY SHERIFF'S OFFICE
--------------------------------------        ============ ATTORNEY ============
                                              MICHAEL F CONWAY
CRYSTAL ELUSTRA ETAL                          77 W WASHINGTON          PAID
       -VS-                                   SUITE 1601
TOM MINEO                                     CHICAGO, IL 60602        JUN 9 2008

=========== DESCRIPTION ============   ======== ATTEMPTED SERVICES =========
                                         DATE         TIME        BADGE #
SUMMONS & COMPLAINT

ISSUED:  6/ 9/08      EXPIRES:  7/01/08
FEES:   54.00         EVC/DEP:

======== PERSON TO BE SERVED =========
                                         NOTES:
TOM MINEO
20602 LINCOLNWAY LN/FRANKFORT P.D.
FRANKFORT, IL
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) _X_ PERSONAL SERVICE: BY LEAVING A COPY OF THE _X_ SUMM/COMP ___ CITATION
    ___ RULE ___ ORDER ___ SUBPEONA ___ NOTICE ___ JUDGEMENT
    ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION
    ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
    ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF
    ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
    SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
    THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____. (date)

(C) ___ SERVICE ON: ___ CORPORATION ___ COMPANY ___ BUSINESS by leaving a
    COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE
    ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
    OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
    ___ MOVED   ___ NOT LISTED   ___ RETURNED BY ATTY.   ___ EXPIRED
    ___ NO CONTACT   ___ NO SUCH ADDRESS   ___ DECEASED   ___ OTHER REASON

PERSON TO BE SERVED: TOM MINEO

SERVING ADDRESS: CENTER + NEBRASKA, FRANKFORT IL

WRIT SERVED ON: TOM MINEO                          RELATIONSHIP: SELF
    SEX M (M/F)  RACE W  DOB 05-31-78

THIS 10 DAY OF JUNE 20 08 TIME 12.05 HOURS

PAUL J. KAUPAS, SHERIFF, BY _____RAM_____ DEPUTY # 1046

REMARKS: _____

AML81611522

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CRYSTAL ELUSTRA and CHRIS LOPEZ as
Mother and Next Friend of MORIAH
ELUSTRA and NAJATI ELUSTRA

CASE NUMBER: 08-cv-3162

V.

ASSIGNED JUDGE: Darrah

TOM MINEO and BRAD FRALICH,
Individually and d/b/a BUFFALO WILD
WINGS

DESIGNATED
MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

TOM MINEO
FRANKFORT POLICE DEPARTMENT
20602 LINCOLNWAY LANE
FRANKFORT, IL 60423

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL F. CONWAY
CONWAY AND CHIAVIELLO, LTD
77 W. WASHINGTON SUITE 1601
CHICAGO, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_Nadine Hurley_ (signature)
-----------------------------
(By) DEPUTY CLERK

June 2, 2008
-----------------------------
Date

[Seal of United States District Court for the Northern District of Illinois]

[Sheriff's Office received stamp: 2008 JUN -9 PM]

```
CASE NUMBER  016 2008-CV-003162    001      WILL COUNTY SHERIFF'S OFFICE
----------------------------------------    =============== ATTORNEY ===============
                                            MICHAEL F CONWAY
CRYSTAL ELUSTRA ETAL                        77 W WASHINGTON
          -VS-                              SUITE 1601                    JUN 9 2008
TOM MINEO                                   CHICAGO, IL 60602

=========== DESCRIPTION =============    ========= ATTEMPTED SERVICES =========
                                          DATE           TIME           BADGE #
SUMMONS & COMPLAINT

ISSUED:  6/ 9/08    EXPIRES:  7/01/08
FEES:   54.00       EVC/DEP:

======== PERSON TO BE SERVED =========

TOM MINEO                                  NOTES:
20602 LINCOLNWAY LN/FRANKFORT P.D.
FRANKFORT, IL
```

==========================================================================================

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) __X__ PERSONAL SERVICE: BY LEAVING A COPY OF THE __X__ SUMM/COMP ____ CITATION
          ____ RULE ____ ORDER ____ SUBPEONA ____ NOTICE ____ JUDGEMENT
          ____ SUMMONS/PETITION FOR ORDER OF PROTECTION ____ ORDER OF PROTECTION
          ____ CIVIL NO-CONTACT ORDER.

(B) ____ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ____ SUMM/COMP ____ CITATION
         ____ NOTICE ____ JUDGEMENT ____ ORDER OF POSSESSION AT THE USUAL PLACE OF
         ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
         SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
         THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____. (date)

(C) ____ SERVICE ON: ____ CORPORATION ____ COMPANY ____ BUSINESS by leaving a
         COPY OF THE ____ SUMM/COMP ____ CITATION ____ RULE ____ ORDER ____ NOTICE
         ____ JUDGEMENT ____ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
         OR PARTNER OF THE DEFENDANT.

(D) ____ OTHER SERVICE: ____ CERTIFIED MAIL ____ POSTING

(E) ____ THE NAMED DEFENDANT WAS NOT SERVED:
         ____ MOVED       ____ NOT LISTED      ____ RETURNED BY ATTY.  ____ EXPIRED
         ____ NO CONTACT  ____ NO SUCH ADDRESS ____ DECEASED           ____ OTHER REASON

PERSON TO BE SERVED: TOM MINEO

SERVING ADDRESS: CENTER + NEBRASKA, FRANKFORT IL

WRIT SERVED ON: TOM MINEO                                   RELATIONSHIP: SELF
                SEX M (M/F)   RACE W   DOB 05-31-78

THIS  10  DAY OF  JUNE        20 08    TIME  12:05  HOURS

PAUL J. KAUPAS, SHERIFF, BY _____RAM_____              DEPUTY # 1046

REMARKS: _____

AML81611522