# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Crystal Elustra, et al.

v.

Tom Mineo, et al.

Case Number: 08-cv-3162

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Tom Mineo

| |
|---|
| NAME (Type or print) <br> James G. Sotos |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James G. Sotos |
| FIRM <br> James G. Sotos & Associates, Ltd. |
| STREET ADDRESS <br> 550 East Devon Avenue, Suite 150 |
| CITY/STATE/ZIP <br> Itasca, Illinois  60143 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06191975 | TELEPHONE NUMBER <br> 630-435-3300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐