## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 08-cv-3162

Crystal Elustra, et al.

v.

Tom Mineo, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Tom Mineo

| | |
|---|---|
| NAME (Type or print) John J. Timbo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ John J. Timbo | |
| FIRM James G. Sotos & Associates, Ltd. | |
| STREET ADDRESS 550 East Devon Avenue, Suite 150 | |
| CITY/STATE/ZIP Itasca, Illinois 60143 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06238251 | TELEPHONE NUMBER 630-435-3300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |