**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 3162

CRYSTAL ELUSTRA and CHRIS LOPEZ, as mother and next
of friend of MORIAH ELUSTRA and NAJATI ELUSTRA
v.
TOM MINEO and BRAD FRALICH, individually and d/b/a
BUFFALO WILD WINGS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRAD FRALICH

| | |
|---|---|
| NAME (Type or print) <br> Garry B. Zak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Garry B. Zak | |
| FIRM <br> Lewis Brisbois Bisgaard & Smith, LLP | |
| STREET ADDRESS <br> 550 West Adams Street, Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, IL  60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278770 | TELEPHONE NUMBER <br> 312-345-1718 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL ELUSTRA and CHRIS LOPEZ as Mother and Next Friend of MORIAH ELUSTRA And NAJATI ELUSTRA )<br><br>     Plaintiffs, )<br><br>v )<br><br>TOM MINEO and BRAD FRALICH Individually and d/b/a BUFFALO WILD WINGS )<br><br>     Defendants. ) | No. 08 CV 3162<br><br>Judge John W. Darrah<br>Magistrate Judge Denlow |

### CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed an Appearance as Attorney for Defendant Brad Fralich, with the Clerk of the Court using the CM/ECF system.

Michael F. Conway
Conway & Chiavello Ltd.
77 West Washington #1601
Chicago, IL 60602
conchiltd@yahoo.com

James Gust Sotos
John J. Timbo
James G. Sotos & Associates, ltd.
550 East Devon
Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com
jtimbo@jsotoslaw.com

<u>s/Garry B. Zak</u>
Attorney Bar No. 6278770
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams, Ste. 300
Chicago, IL 60661
Telephone: 312/345-1718
Facsimile: 312/345-1778
Email: gzak@lbbslaw.com

4833-8919-3218.1