# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case Number: 08 CV 3162

CRYSTAL ELUSTRA and CHRIS LOPEZ, as Mother and
Next Friend of MORIAH ELUSTRA and NAJATI ELUSTRA
                            v.
TOM MINEO and BRAD FRALICH, individually and d/b/a
BUFFALO WILD WINGS.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRAD FRALICH

| |
|---|
| NAME (Type or print)<br>TIMOTHY J. YOUNG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  TIMOTHY J. YOUNG |
| FIRM<br>Lewis Brisbois Bisgaard & Smith, LLP |
| STREET ADDRESS<br>550 West Adams Street, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, IL  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6192231 | TELEPHONE  NUMBER<br>312-345-1718 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL ELUSTRA and CHRIS LOPEZ as, )<br>Mother and Next Friend of MORIAH )<br>ELUSTRA And NAJATI ELUSTRA )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TOM MINEO and BRAD FRALICH )<br>Individually and d/b/a BUFFALO WILD )<br>WINGS )<br>)<br>Defendants. ) | No. 08 CV 3162<br><br>Judge John W. Darrah<br>Magistrate Judge Denlow |

## CERTIFICATE OF SERVICE

I  hereby certify that on August 1, 2008, I electronically filed an Appearance as Attorney for
Defendant Brad Fralich, with the Clerk of the Court using the CM/ECF system.

Michael F. Conway                                    James Gust Sotos
Conway & Chiavello Ltd.                            John J. Timbo
77 West Washington #1601                       James G. Sotos & Associates, ltd.
Chicago, IL 60602                                      550 East Devon
conchiltd@yahoo.com                               Suite 150
                                                                  Itasca, IL 60143
                                                                  jsotos@jsotoslaw.com
                                                                  jtimbo@jsotoslaw.com


**s/ Timothy J. Young**
Attorney Bar No. 6192231
Lewis Brisbois Bisgaard  & Smith LLP
550 West Adams, Ste. 300
Chicago, IL 60661
Telephone: 312/345-1718
Facsimile: 312/345-1778
Email: tyoung@lbbslaw.com