**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 3162 |
|---|---|

CRYSTAL ELUSTRA and CHRIS LOPEZ, as Mother and Next Friend of MORIAH ELUSTRA and NAJATI ELUSTRA

v.

TOM MINEO and BRAD FRALICH, individually and d/b/a BUFFALO WILD WINGS.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRAD FRALICH

| NAME (Type or print) |
|---|
| RONALD W. PAYNE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ RONALD W. PAYNE |
| FIRM |
| Lewis Brisbois Bisgaard & Smith, LLP |
| STREET ADDRESS |
| 550 West Adams Street, Suite 300 |
| CITY/STATE/ZIP |
| Chicago, IL  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290431 | 312-345-1718 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL ELUSTRA and CHRIS LOPEZ as, Mother and Next Friend of MORIAH ELUSTRA And NAJATI ELUSTRA<br><br>Plaintiffs,<br><br>v.<br><br>TOM MINEO and BRAD FRALICH Individually and d/b/a BUFFALO WILD WINGS<br><br>Defendants. | No. 08 CV 3162<br><br>Judge John W. Darrah<br>Magistrate Judge Denlow |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2008, I electronically filed an Appearance as Attorney for Defendant Brad Fralich, with the Clerk of the Court using the CM/ECF system.

Michael F. Conway
Conway & Chiavello Ltd.
77 West Washington #1601
Chicago, IL 60602
conchiltd@yahoo.com

James Gust Sotos
John J. Timbo
James G. Sotos & Associates, ltd.
550 East Devon
Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com
jtimbo@jsotoslaw.com

**s/Ronald W. Payne**
Attorney Bar No. 6290431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams, Ste. 300
Chicago, IL 60661
Telephone: 312/345-1718
Facsimile: 312/345-1778
Email: rpayne@lbbslaw.com