## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3162 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Crystal Elustra vs. Mineo | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed on 4/1/09. Dispositive motions to be presented in Court for a briefing schedule on 5/5/09 at 9:00 a.m. Pretrial order to be filed by 8/12/09. Pretrial conference set for 8/26/09 at 1:30 p.m. Jury trial set for 8/31/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|