# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3162 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Crystal Elustra vs. Mineo | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Scheduling Order.

■ For further details see separate order.

00:10

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|