M H N

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRYSTAL ELUSTRA and )
CHRIS LOPEZ as Mother and )
Next Friend of MORIAH ELUSTA )
and NAJATI ELUSTRA )
                              )
        Plaintiff,            )
                              )
    v.                        )   No. 08 CV 3162
                              )
TOM MINEO and BRAD FRALICH,   )
Individually and d/b/a        )
BUFFALO WILD WINGS            )
                              )
        Defendant.            )

## STIPULATED SCHEDULING ORDER

Pursuant to the Court's instructions at the scheduling conference held on August 28, 2008, both parties have consulted and agreed upon the following schedule and provisions regarding discovery in this case, and the parties respectfully request the Court to enter this Stipulated Scheduling Order pursuant to Fed. R. Civ. P. 16(e):

A.  **SCHEDULE**

   1. All discovery, except expert witness discovery, to be completed by April 1, 2009

   2. The parties shall be allowed until January 9, 2009 to join additional parties and until January 9, 2009 to amend its pleadings.

   3. All potential dispositive motions should be filed by May 5, 2009.

   4. Joint pretrial statement to be filed, including Rule 26(a)(3) disclosures, (if any), on August 12, 2009.

5.  Pretrial conference to be held on August 26, 2009 at 1:30 P.M.

6.  The case will be tried on August 31, 2009

**B.  ADDITIONAL PROVISIONS**

1.  The maximum number of depositions by Plaintiff shall be 10.

    The maximum number of depositions by Defendants shall be 18.

    Each deposition limited to 3-4 hours unless extended by agreement of the parties.

2.  No party shall propound more than 30 interrogatories to the other party.

3.  No party shall propound more than 20 requests for admissions to the other party, except with permission of the Court.

Counsel for Plaintiffs:
s/ Michael F. Conway
Michael F. Conway, Attorney No. 3126034
CONWAY & CHIAVIELLO, LTD.
77 West Washington, Suite 1601
Chicago, Illinois 60602
312-782-3553

Counsel for Defendant Tim Mineo:
s/ John J. Timbo
John J. Timbo, Attorney No. 06238251
JAMES G. SOTO & ASSOCIATES
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-330

Counsel for Defendant Brad Fralich:
s/ Ronald W. Payne
Ronald W. Payne, Attorney No.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 West Adams, Suite 300
Chicago, Illinois 60661
312-345-1718

**ORDER**

SO ORDERED:

Dated: August 28, 2008

Chicago, Illinois

_____
Honorable John W. Darrah
United States District Court
for the Northern District of Illinois
Eastern Division